UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHARLES DOUGLAS RABY, § <br> § <br> Petitioner, § <br> § <br> versus § <br> § <br> GARY L. JOHNSON, Director, § <br> Texas Department of § <br> Criminal Justice, § <br> § <br> Respondent. § | MISCELLANEOUS H-01-38 <br> H- 02-0349 |



## Order

1. Tracey Robertson, King & Spaulding, 1100 Louisiana, Suite 3300, Houston, Texas 77002, telephone (713) 751-3200, is appointed to represent Charles Douglas Raby in this capital case (1).

2. Charles Douglas Raby may proceed as a pauper (2)

Signed March 20, 2000, at Houston, Texas.

Lynn N. Hughes
United States District Judge