IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

APR 15 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CHARLES D. RABY,                          § | |
| § | |
| Petitioner,            § | |
| § | |
| v.                                                     § | H-02-0349 |
| § | |
| JANIE COCKRELL, Director,          § | |
| Texas Department of Criminal       § | |
| Justice-Institutional Division,         § | |
| § | |
| Respondent.         § | |

### ORDER GRANTING PETITIONER'S MOTION
### TO CLARIFY APPOINTMENT OF COUNSEL

On March 21, 2001, this Court appointed Tracey Robertson, Esq. of the firm King & Spalding LLP as Petitioner Charles Raby's counsel. On November 27, 2002, this Court granted Respondent's motion for summary judgment and dismissed Raby's petition for a writ of habeas corpus. On April 2, 2003, Raby filed this unopposed motion for clarification of the Court's March 21, 2001 Order. Raby explains that a team of attorneys from King & Spalding worked on his habeas corpus petition, but that the United States Court of Appeals informed King & Spalding that only Ms. Robertson can appear on Raby's behalf in that court under the order appointing counsel.

It was not the intention of this Court to appoint Ms. Robertson to represent Raby alone. Rather, the Court intended to appoint her firm, King & Spalding, to represent Raby with as many attorneys assigned to the case as necessary.

Accordingly,

IT IS ORDERED THAT Raby's Motion to Clarify Appointment of Counsel (Document 27) is **Granted.** This Court's March 21, 2001 Order is clarified to establish that King & Spalding LLP

was appointed as Raby's counsel.

SO ORDERED

United States District Court
SIGNED
APR 1 5 2003
Judge Lynn N. Hughes

_____
Lynn N. Hughes
United States District Judge

Houston, Texas
April __, 2003